## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JASON SARNES, et al., | ) |
|                Plaintiff, | ) CASE NO. 3:21-cv-287 JRK |
| vs. | ) JUDGE JAMES R. KNEPP II |
| NORTHERN MANUFACTURING | ) |
|                Defendant. | ) |

## ORDER AND JUDGMENT ENTRY ARPPROVING SETTLEMENT
## AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER came before the Court upon the Parties Joint Motion for Approval of Settlement with Prejudice. Having reviewed the Motion, having reviewed the Parties' settlement papers and the amounts to be paid to Plaintiff and for Plaintiff's attorneys' fees and costs, and the Court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

The Joint Motion is GRANTED. The Court finds that the Parties' Settlement in this FLSA action is fair, reasonable and just.

The Parties' settlement is APPROVED.

Plaintiff's Counsel's request for attorneys' fees, costs, and expenses is approved.

This Action is DISMISSED WITH PREJUDICE as a final judgment.

This Court will RETAIN JURISDICTION to enforce the Settlement.

IT IS SO ORDERED this 26th day of August, 2021.

_____
HONORABLE JUDGE JAMES R. KNEPP II